UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE LEE BAILEY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE

Defendant.

No. 2:26-cv-2026

COMPLAINT—CLASS ACTION

JURY DEMAND

## INTRODUCTION

1. Plaintiff Dale Lee Bailey brings this lawsuit against Defendant National Republican Congressional Committee ("NRCC") for violations of the Commercial Electronic Mail Act ("CEMA"), RCW 19.190.060.

2. CEMA prohibits companies from sending commercial text messages to Washington residents without consent.

3. Defendant is a national political committee that, each year, sends millions of unsolicited commercial text messages.

4. Bailey is a Washington resident. He and other Washington residents have repeatedly asked NRCC to stop texting them. But NRCC continues to send these messages.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

5. NRCC's conduct is not accidental. NRCC knowingly disregards stop requests and purposefully uses different phone numbers to make it impossible to block new messages

6. NRCC's unwanted spam was intrusive and annoying to Bailey.

7. As the Ninth Circuit has noted, "Being deluged with 'spam' . . . text messages is the bane of modern life." *Borden v. eFinancial, LLC*, 53 F.4th 1230, 1231 (9th Cir. 2022).

8. To hold NRCC accountable for its illegal practices, Bailey brings this action individually and on behalf of a putative class of Washington residents similarly situated.

**JURISDICTION AND VENUE**

9. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d) because this is a class action, the aggregate amount in controversy exceeds $5,000,000, Bailey and putative class members are citizens of Washington, and NRCC is a citizen of the District of Columbia.

10. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this District and Bailey resides in this District.

11. This Court has personal jurisdiction over NRCC. Due to NRCC's actions, its commercial text messages have been sent, without consent, to telephone numbers assigned to Washington residents and have harmed Washington residents. Bailey's claims arise out of NRCC's contacts with this forum. Due to NRCC's actions, Bailey received NRCC's commercial text messages in Washington and was harmed while in Washington. NRCC knows whether the people it sends messages to are Washington residents because their phone numbers have Washington area codes. NRCC knew that the messages to Bailey, and thousands of other Washington residents like him, were sent to phone numbers with a Washington area code. Thus, NRCC knew that its messages were being sent to Washington residents.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

## PARTIES

12. Plaintiff Dale Lee Bailey is a natural person residing in Lynden, Washington.

13. Defendant National Republican Congressional Committee is a political party committee located in the District of Columbia.

## FACTUAL ALLEGATIONS

14. Over the past few years, political spam has become a massive problem in the U.S.

15. The spam app Robokiller reports that in 2023, Americans received 253 million political text messages.[1]

16. NRCC is one of the most prolific contributors of this spam.

17. NRCC "is a political committee devoted to increasing the number of Republicans in the U.S. House of Representatives."[2]

18. Bailey is the sole user of the cell phone number 360-220-8992.

19. This is Bailey's only phone number.

20. Bailey has received over 100 text messages from NRCC over the last several years.

21. Bailey sent his first stop request to NRCC on March 18, 2024 at 5:53 PM UTC. He had previously received a message from NRCC, from the number 571-210-1637, stating: "Your hard work has paid off. You WON the GOLDEN GAVEL! House GOP is proud to have YOU on our team! Accept your award HERE: https://gop.txtdonate.com/NY2mzYV7mFi Reply Stop to Stop."[3]

---

[1] Political Message Insights, ROBOKILLER, https://robokiller.com/political-message-insights/.
[2] *See* https://nrcc.org/about-2/.
[3] The link in the messages redirected to this URL: https://secure.winred.com/nrcc/golden-gavel/?amtposition=3&recurring=true&utm_campaign=20240318_FL-2.114001_t1462914-573&ex_tid=20240318_FL-2.114001_t1462914-573&xunv=4e52434330333232--carthage--05010102.


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

22. Since that first stop request, Bailey has texted the word “stop” (as NRCC instructs) to NRCC more than 50 times. Yet, astoundingly he has continued to receive over 100 text messages from NRCC.

23. Since texting stop to NRCC on March 18, 2024, Bailey has received the following commercial text messages from NRCC:

i. May 6, 2024 at 7:05 PM UTC from 571-307-5282
Order #3848570 Your Trump 2024 hat from House GOP is ready to ship. Please confirm your shipping info HERE: https://m.goplinks.com/IJalRmkOSFh Reply Stop to Stop.[4]

ii. June 13, 2024 at 10:08 PM UTC from 434-844-1380
It's Dr. Ben Carson. Want to know how we can fix America? Claim your signed copy of my book The Perilous Fight! gv016.org/r/xMBONUv91Aod Stop to end.[5]

iii. June 18, 2024 at 3:28 PM UTC from 571-569-1135
Dale hi it's Dr. Ben Carson. As I travel across America I feel that our country is no longer the home we once knew. The foundations of our society are crumbling - our family values are under attack and radical ideologies are on the rise. In my new book The Perilous Fight I detail a plan for getting our country back on track. usa-24.co/6Qtfjs This book is a call to action urging Americans like you to stand up for our nation's future Dale. The breakdown of traditional family values threatens to rob us of the country we love but it doesn't have to be this way. Together we can build a brighter future for our children and grandchildren. Will you confirm your shipping address to receive a limited-edition SIGNED copy today? I'd love to send you one Dale. usa-24.co/6Qtfjs Thank you and God BlessDr. Ben Carson stop=end.[6]

iv. December 9, 2024 at 6:35 PM UTC from 803-761-0227

[4] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/trump-2024-hat-white/?amtposition=3&recurring=true&utm_campaign=20240506_FL-2.114001_t1483762-573&ex_tid=20240506_FL-2.114001_t1483762-573&xunv=4e52434330343536--carthage--05010102

[5] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/the-perilous-fight-carson/?amtposition=3&recurring=true&utm_campaign=20240612_BMD100.115604_t1500631-573&ex_tid=20240612_BMD100.115604_t1500631-573&exitintent=true

[6] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/the-perilous-fight-carson/?amtposition=3&utm_campaign=20240617_TMP.115755_t1502394-573&ex_tid=20240617_TMP.115755_t1502394-573&utm_source=nrcc06182024_tmpanofkbal12


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

Where should we ship your wine glass? We have one on hold for you but we must know where to send it. Input your address: https://giv.red/bdprrez6 Stop to end.[7]

v. December 14, 2024 at 1:09 AM UTC from 325-603-9484
All aboard! Hop aboard the Trump Train & claim your exclusive mug just in time for Xmas! We're holding 1 for you! Claim: https://1stgop.co/nhvf98pv Stop=end.[8]

vi. January 22, 2025 at 7:14 PM UTC from 817-203-3252
1 Shirt on HOLD for YOU! Our Gulf of America shirts are making waves BUT we're running out! Claim your shirt NOW: https://link-safe.co/2p8eav4k Stop to end.[9]

vii. January 29, 2025 at 6:02 PM UTC from 434-282-1775
Shipping Notification for Dale We're holding 1 Gulf of America shirt for you until 11:59PM. Claim your shirt HERE: alert-red.com/hD4qo Stop to stop.[10]

viii. April 15, 2025 at 4:30 PM UTC from 434-282-1775
RESTOCK ALERT: 1000 DOGE shirts just came in. We set ONE aside for you Dale!12 minutes to claim >> actmaga.net/pzVT Stop to stop.[11]

ix. July 3, 2025 at 2:44 AM UTC from 240-922-0396
Ready to ship to WA! Our Alligator Alcatraz shirts are flying off the shelves! We'll hold 1 shirt for 24 hrs. Confirm shipping: https://25nrcc.com/w1kkk1id stop=end.[12]

---

[7] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/wine-glass-2024/?amtposition=3&recurring=true&ex_tid=20241206_BMD110NR.116775_t1585546-573

[8] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/trump-train-mug-x-mas/?amtposition=3&recurring=true&ex_tid=20241210_BMD110.115605_t1586604-573

[9] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/gulf-of-america-shirt?amtposition=3&recurring=true&ex_tid=20250121_BMD110.115605_t1596847-573&exitintent=true

[10] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/gulf-of-america-shirt/?amtposition=3&ex_tid=20250128_AX9.116878_t1598516-573&p_id=98027112557211320ujSB8bfUEpbvgsiUPxewpnS1P9lqncNZU2tBsXg8&recurring=true&exitintent=true

[11] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/doge-shirt/?amtposition=3&recurring=true&ex_tid=20250410_TW90.117232_t1625452-573

[12] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/alligator-alcatraz?amtposition=3&recurring=true&ex_tid=20250702_CL-GE.117582_t1664695-3736


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

x. January 23, 2026 at 7:30 PM UTC from 540-443-2404
Shipping Notification for Dale! We're holding (1) America 250 Shirt for you until 11:59PM. Claim your shirt HERE: red-26.org/tzxmv8 stop=end.[13]

24. The NRCC sent each of the 10 text messages listed in the paragraph above.

25. Bailey did not consent to receive these commercial text messages. Instead, Bailey texted "stop" to NRCC more than 50 times, in the hope that this would cause the ceaseless spamming to end.

26. The text messages NRCC sent are commercial text messages in violation of CEMA.

27. The messages offer products in exchange for a sum of money.

28. The pages that the URLs redirect to require the user to give a sum of money in order to receive the products being offered.




[13] The link in the message redirected to the following URL: https://secure.winred.com/nrcc/america-250-shirt/?recurring=true&amtposition=3&ex_tid=20260122_PU-NR.118746_t1800542-3736







29. The text messages were "sent to further the growth or prosperity" of NRCC. *See Aaland v. CRST Home Sols., LLC*, 35 Wash. App. 2d 501, 519, 575 P.3d 1279, 1288 (2025), *review denied*, 5 Wash. 3d 1032, 583 P.3d 19 (2026).

30. These messages are part of a broader campaign by NRCC to send commercial text messages to individuals who have not consented to receive them.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

31. All of NRCC's offers require users to give money in order to receive the products that are advertised, many requiring a minimum payment of $30 or $35 in order for the product to be sent.

32. Indeed, many of the landing pages state that there are "Only 500 available" or include a timer suggesting the limited availability of these products.

33. Further, on its website, NRCC lists many of the exact same products for sale.[14]




34. And the product pages show that the products are being sold at prices matching the minimum "donations" requested as part of NRCC's text message campaigns.[15]




[14] *See* https://nrcc.org/

[15] *See* https://secure.winred.com/nrcc/storefront/gulf-of-america-shirt/details; https://secure.winred.com/nrcc/storefront/alligator-alcatraz-white-shirt/details.


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100




35. This shows that the text messages at issue are nothing more than commercial text messages soliciting the sale of merchandise in exchange for money.

36. Therefore, NRCC's messages, despite claims that they are merely soliciting donations, are in fact commercial text messages sent to sell products in exchange for money, in furtherance of the growth or prosperity of NRCC.

37. Bailey's phone number starts with the area code "360," which is a Washington area code. By sending the messages to a phone number with a Washington area code, NRCC purposefully intended to direct its messages to Washington.

38. NRCC is responsible for the initiation of these messages. Every commercial message Bailey received and/or replied "stop" to was sent from a District of Columbia or nearby Virginia area code (where NRCC is headquartered). Further, every message contained a link that redirected to the winred.com website, where a checkout funnel appeared.

39. In Winred's own words: "WinRed is an online fundraising platform supported by a united front of the. . . RNC, NRSC, and NRCC."[16] Winred provides "back end" services that allow political committees such as NRCC to receive donations submitted online.

[16] *See* https://support.winred.com/en/articles/9824817-faq.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

40. Text messages with Winred links are not sent by Winred. Rather, they are sent by the political entities that are seeking money from the recipients.

41. Under many of the payment buttons, Winred/NRCC landing pages say, "Your contribution will benefit NRCC."[17]

42. Further, every landing page contains language below the payment funnel explaining that the text message and advertisement were paid for by NRCC, and that by signing up, the recipient is agreeing to receive text messages from NRCC:

> By providing your cell phone or mobile phone number, you are consenting to receive calls and texts, including autodialed and automated calls and texts, to that number with campaign notifications from the National Republican Congressional Committee and its affiliated committees (e.g., JFCs).

> Paid for by the NRCC and not authorized by any candidate or candidate's committee.
> **www.nrcc.org**

43. In previous court filings, Winred has confirmed that it is not the sender of the messages but that the political committees (such as NRCC) are in fact the initiators of the text messages. *See*, e.g., *Whittaker v. WinRed Technical Services LLC* et al, 3:20-cv-08150 (D. Ariz.) at Dkt #14-1 ¶¶ 7-9, 13.

44. Therefore, NRCC is responsible for the initiation of the commercial text messages to Bailey and the putative class members.

45. The political text message epidemic is well documented, and NRCC is a primary contributor.[18]

---

[17] *See* https://secure.winred.com/nrcc/gulf-of-america-shirt/?amtposition=3&ex_tid=20250128_AX9.116878_t1598516-573&p_id=98027112557211320ujSB8bfUEpbvgsiUPxewpnS1P9lqncNZU2tBsXg8&recurring=true.

[18] See https://time.com/6994868/political-campaign-texts-what-to-do/; https://www.axios.com/2024/02/22/political-campaign-texts-election-2024; https://washingtonian.com/2024/10/24/why-are-annoying-political-texts-out-of-control/;

46. NRCC sends thousands of messages from different numbers. This prevents recipients from blocking numbers, and disregards stop requests sent to other numbers NRCC sends text messages from.

47. Bailey is not alone in receiving these messages. Numerous complaints online show there are many people who similarly want these messages to stop:





The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100



**Erick Erickson** @EWErickson

X.com

I wonder how much more the @NRCC would get from small dollar donors if they didn't spam everyone with text messages for the rest of their lives for donating.

12:21 PM · 9/25/24 · **14K** Views

23 · 10 · 198 · 1

Relevant

**Jeffrey Fried** @JeffreyFrie... · 9/25/24

Amen. They are relentless. Some texts say they are not asking for money and then ask for money, Starting to get pissed off,

3 · 88

**Keith** @Hayeshfc · 9/25/24

AMEN!!!! I have been blacklisting a dozen or more numbers a day.

2 · 112



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100






The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100



**Dan Acton** 🇺🇸🇮🇱 **WDAN-O...** · 7/29/24

Anybody else fed up with click bait **text** spam by @GOP @RNCResearch @MikeJohnson @ChairmanWhatley @LaraLeaTrump @RSLC @NRCC @NRSC @ohiogop by the shady @WINRED @lansing using hundreds of fake numbers? Texting STOP does nothing, they just use 100’s of other fake numbers. @OhioAG @TheJusticeDept






The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100



**Greg** 🇺🇸
@gblaire

Follow

🚨 TO: @RNC, @GOP, @NRCC

SUBJECT: SPAM FUNDRAISING TEXTS

MESSAGE: STOP! JUST STOP!

2:30 PM · 7/25/24 · **21** Views



**TheTexasOne**
@TexasRepublic71

X.com

I'll never donate to another GOP candidate again if @WinRed doesn't quit selling my phone information to every candidate.

I have text stop to 1,000 times to candidates political messages I never donated to!

7:27 PM · 4/2/26 · **27K** Views





The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

48. Much like Bailey's experience, these complaints show that sending "STOP" (as NRCC instructs) is not enough. NRCC has a pattern of knowingly sending unwanted commercial text messages from different phone numbers and ignoring stop requests. Because of NRCC's brazen spamming practices, without regard to the wishes of the recipient, Bailey brings this action on behalf of the putative class members to stop NRCC's harmful actions.

49. NRCC's text messages are a nuisance and annoyance to Bailey and the Class members. The messages have invaded their privacy, diminished the value of their phones, and negatively impacted their enjoyment of life.

## LEGAL STANDARD

50. **Washington Commercial Text Messages.** "No person conducting business in the state may initiate or assist in the transmission of an electronic commercial text message to a Washington resident" unless the recipient has "clearly and affirmatively consented in advance." RCW 19.190.060(1), .070(1)(b).

51. **Washington Consumer Protection Act.** To establish a violation of Washington's CPA, five elements must be met: (1) an unfair or deceptive act or practice (2) in trade or commerce (3) that affects the public interest, and (4) caused (5) injury to plaintiff's business or property. *Hangman Ridge Stables, Inc. v. Safeco Title Ins. Co.*, 719 P.2d 531, 533 (Wash. 1986).

## CLASS ACTION ALLEGATIONS

52. Pursuant to Federal Rule of Civil Procedure 23, Bailey brings this action on behalf of all other persons similarly situated throughout the United States.

53. Bailey seeks to represent the following Class:

> (1) All Washington residents to whom (2) the NRCC sent a text message offering a physical product in exchange for money (3) within the last four years prior to the filing of this action through the date of class certification.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

**<u>NUMEROSITY</u>**

54. Bailey does not know the exact number of class members but reasonably estimates the number to be over ten thousand, thus making joinder of all class members impracticable.

55. Class members are identifiable through phone records and phone number databases.

**<u>COMMONALITY</u>**

56. There are questions of law and fact common to Bailey and the class, including but not limited to:

i. Whether NRCC sent the text messages at issue.

ii. Whether the text messages constitute commercial text messages.

iii. Whether NRCC had consent to send the text messages.

iv. Whether a violation of RCW 19.190.060 establishes all the elements of a claim under Washington's Consumer Protection Act, RCW 19.86 *et seq*.

**<u>TYPICALITY</u>**

57. Bailey's claims are typical of the claims of the class members. His claims, like the class members' claims, arise out of the same common course of conduct by NRCC and are based on the same legal and remedial theories.

**<u>ADEQUATE REPRESENTATION</u>**

58. Bailey is an adequate representative of the class because his interests do not conflict with the interests of the class members, he will fairly and adequately protect the interests of the class members, and he is represented by counsel skilled and experienced in consumer class actions.

**<u>PREDOMINANCE OF COMMON QUESTIONS</u>**

59. Common questions of law and fact predominate over questions affecting only individual class members.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

**SUPERIORITY**

60. Management of these claims is likely to present significantly fewer difficulties than are presented in many class actions because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

61. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

**FIRST CAUSE OF ACTION**
**Violation of Washington's Commercial Electronic Mail Act**
**(On Behalf of Bailey and the Class)**

62. Washington's CEMA prohibits any person, as that term is defined in RCW 19.190.010(11), from initiating or assisting the transmission of an unsolicited commercial electronic text message to a Washington resident's cellular telephone.

63. NRCC is a "person" within the meaning of CEMA. RCW 19.190.101(11).

64. NRCC sent one or more commercial text messages to Bailey and the Putative Class members' cellular telephones without their clear consent or invitation.

65. NRCC's acts and omissions violated RCW 19.190.060(1).

66. Bailey and the Class members are therefore entitled to injunctive relief in the form of an order enjoining further violations of RCW 19.190.060(1).

**SECOND CAUSE OF ACTION**
***Per Se* Violation of the Washington Consumer Protection Act**
**(On Behalf of Bailey and the Class)**

67. Bailey and the Class members are "persons" within the meaning of the CPA. RCW 19.86.010(1).


The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

68. NRCC violated the CEMA by sending unwanted commercial electronic text messages to Bailey and Class members' cellular telephone or similar devices.

69. A violation of the CEMA establishes all five elements of Washington's Consumer Protection Act as a matter of law. RCW 19.190.100; RCW 19.190.060(2); *Wright v. Lyft*, 406 P.3d 1149, 1155 (Wash. 2017).

70. NRCC's violations of the CEMA are unfair or deceptive acts or practices that occur in trade or commerce under the CPA. RCW 19.190.100.

71. NRCC's unfair or deceptive acts or practices vitally affect the public interest and thus impact the public interest for purposes of applying the CPA. RCW 19.190.100; RCW 19.190.060(2).

72. Pursuant to RCW 19.190.040(1), damages to each recipient of a commercial electronic text message sent in violation of the CEMA are the greater of $500 for each such message or actual damages, which establishes the injury and causation elements of a CPA claim as a matter of law. *Lyft*, 406 P.3d at 1155.

73. NRCC engaged in a pattern and practice of violating the CEMA. As a result of NRCC's acts and omissions, Bailey and Class members have sustained damages, including $500 in statutory damages, for each and every text message that violates the CEMA. The full amount of damages will be proven at trial. Bailey and Class members are entitled to recover actual damages and treble damages, together with reasonable attorneys' fees and costs, pursuant to RCW 19.86.090.



The HQ Firm, P.C.
450 Alaskan Way S Ste 200 #1823
Seattle, Washington 98104
385-440-4100

## RELIEF REQUESTED

Bailey respectfully requests the Court grant the following relief:

A. Certification of the proposed Class;

B. Appointment of Bailey as class representative;

C. Appointment of the undersigned as lead counsel for the Class;

D. An award of damages to Bailey and class members, as allowed by law;

E. An award of fees, costs, and interest, as allowed by law;

F. Injunctive relief, as allowed by law; and

G. Orders granting such other relief as this Court deems necessary, just, and proper.

## JURY DEMAND

Bailey requests a jury trial as to all claims of the Complaint so triable.

DATED June 10, 2026

Respectfully submitted,

*/s/ Thomas Alvord*

Thomas Alvord, WSBA #61943
Reid Hudson, *Pro Hac Vice* forthcoming
The HQ Firm, P.C.
450 Alaskan Way S Suite 200 #1823
Seattle, WA 98104
Telephone: (385) 440-4127
Email: thomas@thehqfirm.com
Email: reid.hudson@thehqfirm.com

*Attorneys for Plaintiff*