UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE LEE BAILEY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,

Defendant.

Case No. 2:26-cv-02026-JHC

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time to Respond to Complaint (the "Motion"). Dkt. # 6. The Court, having considered the Motion and finding good cause for the extension, hereby GRANTS the Motion and ORDERS that the deadline for Defendant to submit its response to the Complaint is August 21, 2026.

Dated this 2nd day of July, 2026.

_John H. Chun_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR
EXTENSTION OF TIME TO RESPOND TO COMPLAINT – 1
2:26-CV-02026-JHC