UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE LEE BAILEY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,

Defendant.

No. 2:26-cv-02026-JHC

**ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY**

THIS MATTER comes before the Court on Defendant's Motion to Stay Discovery. Dkt. # 15. The motion is unopposed. Dkt. # 16. The Court GRANTS the motion and STAYS discovery in this matter until the resolution of the pending Motion to Dismiss at Dkt. # 14.

Dated this 2nd day of September, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE