UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE LEE BAILEY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,

Defendant.

No. 2:26-cv-02026-JHC

**ORDER TO SHOW CAUSE**

THIS MATTER comes before the Court on Defendant's Motion to Dismiss and to Strike Dkt. # 14. The Court ORDERS the parties to show cause as to whether it should certify to the Washington State Supreme Court one or more questions of Washington law (i.e., CEMA) raised by the motion. In case it proceeds with so certifying, the Court also ORDERS the parties to propose wording for the question(s). The Court DIRECTS the parties to confer before submitting briefing. Each side's brief may not exceed 2,100 words and is due on or before Thursday, November 12, 2026.

The Court DIRECTS the Clerk to re-note the motion to dismiss at Dkt. # 14 for November 12, 2026.

Dated this 29th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE